**DISMISS and Opinion Filed February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01440-CV

**JAMES KIRBY AND KIM KIRBY, Appellants**

**V.**

**UNITED TOWS, L.L.C. AND**
**CHRISTOPHER FLETCHER D/B/A EMORY AUTO SALES, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06767**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is the parties' joint motion to withdraw appeals. The parties have informed the Court that they have settled their differences and request that the Court "withdraw all appeals filed by either [of] them in this matter and to have these appeals dismissed." Accordingly, we grant the parties' motion and dismiss appellants' appeal and appellees' restricted cross-appeal. *See* TEX. R. APP. P. 42.1(a).

141440F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES KIRBY AND KIM KIRBY,
Appellants

No. 05-14-01440-CV          V.

UNITED TOWS, L.L.C. AND
CHRISTOPHER FLETCHER D/B/A
EMORY AUTO SALES, Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-14-06767.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, appellants' appeal and appellees' restricted cross-appeal are **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered February 26, 2015.